■ In the Matter of BRANDON K. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LINDA

P., Appellant. [768 NYS2d 914]—Appeal from an order of Family Court, Erie County (Rosa, J.), entered January 17, 2002, which directed respondent to submit to a psychological evaluation.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Family Court properly exercised its broad authority in directing respondent to submit to a psychological evaluation (*see* Family Ct Act § 251 [a]; *Matter of* Henrietta D. v Jack K., 272 AD2d 995 [2000]). Contrary to respondent's contentions, the court's directive effectuated rather than altered the dispositional order, and the order was not made in violation of respondent's right to counsel (*cf. Matter of* Patricia L. v Steven L., 119 AD2d 221, 224-225 [1986]). Present—Green, J.P., Scudder, Gorski, Lawton and Hayes, JJ.